UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIN TERRY,

    Plaintiff,

v.

MELVINDALE NORTHERN ALLEN
PARK SCHOOL DISTRICT,
KIMBERLY SORANNO, and
SANDRA GUTENSCHWAGER,

    Defendants.

Case No. 23-12132
Hon. Jonathan J.C. Grey

| ERNST LAW FIRM, PLC<br>Kevin Ernst (P44223)<br>Hannah R. Fielstra (P82101)<br>Attorneys for Plaintiff<br>645 Griswold, Ste. 4100<br>Detroit, MI 48226<br>(313) 965-5555<br>kevin@ernstlawplc.com<br>hannah@ernstlawplc.com | STARR, BUTLER, ALEXOPOULOS & STONER, PLLC<br>Ryan J. Koss (P79893)<br>Frances J. Hollander (P82180)<br>Attorneys for Defendants<br>20700 Civic Center Dr., Ste. 290<br>Southfield, MI 48076<br>(248) 554-2700<br>rkoss@starrbutler.com<br>fhollander@starrbutler.com |
|---|---|

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties having stipulated to the dismissal of the above referenced cause of action with prejudice and without costs, interest, or attorney fees to any party, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

This order resolves all pending claims and closes the case.

**SO ORDERED.**

Dated: January 18, 2024                     **s/Jonathan J.C. Grey**
                                            Hon. Jonathan J.C. Grey
                                            U.S. District Court Judge


Approved as to form and substance:


/s/ Hannah R. Fielstra (w/consent)          /s/ Frances J. Hollander
Kevin Ernst (P44223)                        Ryan J. Koss (P79893)
Hannah R. Fielstra (P82101)                 Frances J. Hollander (P82180)
Attorneys for Plaintiff                     Attorneys for Defendant


Dated:  January 18, 2024                    Dated:  January 18, 2024

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 18, 2024.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager